IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Castro, Gloria

Printed: 03/24/09

Case Number: 08 B 29134
Judge: Wedoff, Eugene R
Filed: 10/28/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 29, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 767.69 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 767.69 |
| Totals: | 767.69 | 767.69 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | 5,800.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 6,955.31 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 247.60 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 437.24 | 0.00 |
| 6. | Cook County Treasurer | Priority | | No Claim Filed |
| 7. | Cook County Treasurer | Priority | | No Claim Filed |
| 8. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 9. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 10. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 11. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 12. | M3 Financial Services | Unsecured | | No Claim Filed |
| | | | $ 13,440.15 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Castro, Gloria

Printed: 03/24/09

Case Number:  08 B 29134
Judge:  Wedoff, Eugene R
Filed:  10/28/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*